# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**ALLEN COOK,**

    Plaintiff,

v.

**Case No. 2:19-cv-4438**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly Jolson**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of the Objections filed by Justin Allen Cook, Plaintiff herein, (Doc. 14) to the Report and Recommendation of the Magistrate Judge proposing that the Commissioner's denial of disability benefits be affirmed. (Doc. 13.)

This Court reviews decisions of the Commissioner of Social Security to ensure that the "decision is supported by substantial evidence and was made pursuant to the proper legal standards." *Winn v. Comm'r of Soc. Sec., 614 F. App'x* 315, 320 (6th Cir. 2015); 42 U.S.C. § 405(g).

This Court has reviewed the record, considered the Report and Recommendation, and the Objections of the Plaintiff. The Court finds that decision of the Commissioner is supported by substantial evidence and is accordance with the law. The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, which also addresses the merits of Plaintiff's Objections.  The decision of the Commissioner is **AFFIRMED** and final judgment entered in favor of the Commissioner.

**Date:  3/22/2021**                                      **s/Edmund A. Sargus, Jr.**
                                                             **EDMUND A. SARGUS, JR., JUDGE**
                                                             **UNITED STATES DISTRICT COURT**